```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

FIOR BELTRE and ANGELICA ABREU,
              Plaintiffs
                                        CIVIL ACTION
        v.
                                        NO. 10-11210-NMG
JERALD CAHILL, ALBERT TERESTRE
and the CITY OF BOSTON,
              Defendants

                          JUDGMENT

Nathaniel M. Gorton, D. J.

    In accordance with the Plaintiffs' Acceptance of the Defendant City of Boston's Offer of Judgment pursuant to Fed. R. Civ. P. 68 in the above-entitled action, it is hereby ORDERED and ADJUDGED that:

1) final judgment is entered in favor of plaintiffs Fior Beltre and Angelica Abreu and against the defendant City of Boston <u>only</u> for the sum of $15,000 (inclusive of all interest, costs and attorneys' fees that have accrued or that may be assessed by the Court) for any and all claims, damages and injuries suffered by the plaintiffs; and

2) all claims against the individual defendants Jerald Cahill and Albert Terestre are dismissed <u>with prejudice</u>.

                                             By the Court,

3/7/2011                             /s/ Christine M. Patch
Date                                 Deputy Clerk